JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2005-16, its assignees and/or successors,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Margarito Figueroa, Irma Figueroa, and DOES 1-10, inclusive,<br><br>　　　　　Defendant(s). | Case No.: 5:23-cv-01352-JGB-SP<br><br>Removed from Riverside County Superior Court, Case UDPS2300415<br><br>**ORDER REMANDING CASE TO SUPERIOR COURT** |

　　The Court has reviewed the Ex Parte Motion to Remand filed by Plaintiff, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2005-16, its assignees and/or successors. Good cause appearing, this Court finds that the Notice of Removal was untimely and that this Court lacks subject matter jurisdiction over this action. Accordingly:

1

2  **IT IS ORDERED** that the Motion to Remand is GRANTED and the instant
3  case is remanded to the California Superior Court, County of Riverside.

4

5

6  Dated: August 15, 2023            _____
7                                     Hon. Jesus G. Bernal
                                      United States District Judge